Anna Parrott, appellant, v. Chicago Railways Company, appellee. Gen. No. 26,029.

Action for damages for injuries sustained as a result of a collision between defendant's street car and an automobile in which plaintiff was riding. Judgment for defendant on an instructed verdict. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed November 2, 1921. Rehearing denied November 15, 1921.

Adelor J. Petit, for appellant. Charles LeRoy Brown, for appellee; John R. Guilliams and George E. Gorman, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alex Fulimon, plaintiff in error. Gen. No. 25,819.

Prosecution for contributing to the delinquency of children. Defendant found guilty and sentenced to the house of correction. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 2, 1921. Rehearing denied November 15, 1921.

A. L. Gettys and Frank Farnum, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alex Fulimon, plaintiff in error. Gen. No. 25,820.

Prosecution for contributing to the delinquency of children. Defendant convicted and sentenced to the house of correction. Consolidated for hearing with No. 25,819. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 2, 1921.

A. L. Gettys and Frank Farnum, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Arthur B. Greenwood, administrator of the estate of Clarence Eddy Greenwood, deceased, appellant, v. John R. Thompson Company, appellee. Gen. No. 25,838.

Action for damages resulting from eating unwholesome food in defendant's restaurant. Verdict and judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 2, 1921.

Samuel G. Hamblen, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

George W. Rossetter, appellant, v. Library Press, appellee. Gen. No. 25,972.

Action for salary accruing under a contract of employment. Judgment for plaintiff and plaintiff appealed on the ground of inadequacy of verdict. Appeal from the Municipal Court of Chicago;